IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02540-BNB

PAUL LEWIS RIEED JOHNSONNE, a/k/a Paul Edward Johnson,

    Applicant,

v.

AGRICULTUIERRE SURGEON GENERAL, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

ORDER OF DISMISSAL

    Applicant, Paul Edward Johnson, initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.  In an order filed on October 5, 2011, Magistrate Judge Boyd N. Boland directed Mr. Johnson to cure certain deficiencies if he wished to pursue his claims.  Specifically, Magistrate Judge Boland ordered Mr. Johnson either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 and to file an amended application that is intelligible and written in English.  Mr. Johnson was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    Mr. Johnson has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's October 5 order.  Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.  Accordingly, it is

ORDERED that the application is denied and the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Johnson failed to cure the deficiencies as directed.

DATED at Denver, Colorado, this  15th  day of   November   , 2011.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court